UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. JOHNSON, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05777-YGR  (PR)<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANT MAJA** |

　　Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.  Thereafter, the Court issued its Order of Service.

　　Service has been ineffective on Defendant SVSP Mental Health Medical Appeals Coordinator Maja.  In an Order dated November 10, 2014, Plaintiff was directed to provide the Court with the required information necessary to locate this Defendant.  He was also informed that the failure to do so shall result in the dismissal of all claims against this Defendant.

　　Plaintiff has filed a request for an extension of time to provide the Court with the required information necessary to locate this Defendant.  Having read and considered Plaintiff's request, and good cause appearing,

　　IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  The time in which Plaintiff may provide the Court with the required information necessary to locate this Defendant will be extended up to and including **March 7, 2015**.  Failure to do so by the new deadline shall result in the dismissal of all claims against this Defendant.

　　This Order terminates Docket No. 27.

　　IT IS SO ORDERED.

Dated: February 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge