UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>T. JOHNSON, et al.,<br><br>  Defendants. | Case No. 13-cv-05777-YGR (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR MOTION FOR SUMMARY JUDGMENT** |

Defendants Sanders, Solis, Kessler, Mojica, Moon, Johnson, Medina, Howard, Grounds, Beard, and Warren (Defendants) filed a request under Local Rule 7-11 for leave to file a memorandum of points and authorities supporting their motion for summary judgment that is 34 pages in length.  The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for leave to file a memorandum of points and authorities supporting their motion for summary judgment and motion to dismiss that is up to 40 pages in length is GRANTED.

This Order terminates Docket No. 51.

IT IS SO ORDERED.

Dated: March 30, 2015

YVONNE GONZALEZ ROGERS
United States District Judge