UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05777-YGR (PR)<br><br>**ORDER DENYING PLAINTIFF'S RENEWED REQUEST FOR APPOINTMENT OF COUNSEL; AND GRANTING HIS REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiff has filed a renewed request for the appointment of counsel to represent him in this action. He also requests for an extension of time to file his opposition to Defendants' Motion for Summary Judgment. Dkt. 54.

There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981); *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), *withdrawn in part on other grounds on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998) (en banc). The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *See id.* at 1525; *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Both of these factors must be viewed together before reaching a decision on a request for counsel under § 1915. *See id.*

The Court has denied Plaintiff's previously-filed motion for appointment of counsel. Dkt. 14. At this time, the Court finds that exceptional circumstances entitling Plaintiff to court appointed counsel do not exist. The legal issues are not complex. Accordingly, Plaintiff's

renewed request for appointment of counsel is DENIED without prejudice.

Plaintiff's opposition to Defendants' Motion for Summary Judgment is presently overdue. The Court GRANTS Plaintiff's request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **May 15, 2015**. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 54.

IT IS SO ORDERED.

Dated: April 17, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

2