UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>T. JOHNSON, et al.,<br><br>    Defendants. | Case No. 13-cv-05777-YGR (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION** |

On May 13, 2015, Plaintiff filed a request for a second extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Dkt. 64. Specifically, he requests an extension up to and including August 10, 2015, which is ninety days from May 10, 2015, the date he signed his request. *Id.* at 3. Plaintiff claims he is requesting this second extension because he needs more time to conduct discovery; however, Plaintiff does not explain how the discovery he seeks will aid him in filing his opposition. Plaintiff also claims that he is "mentaly [sic] slow." *Id.* at 2. While Plaintiff claims to be suffering from "ongoing multiple mental illness," *id.*, the record shows that he has been able to continue to pursue this action as well as his other pending action, Case No. C 12-6537 YGR (PR).

Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED IN PART and DENIED IN PART. The Court notes that Plaintiff has already received one previous extension of time to file his opposition. The original deadline for his opposition was March 27, 2015, but it was extended to May 15, 2015 when the Court first granted Plaintiff an extension. Therefore, Plaintiff has already received forty-nine additional days to file his opposition. Nevertheless, the Court finds that a second extension of time is appropriate. However, the Court will not grant Plaintiff's request for the full ninety-day extension. Instead,

Plaintiff is granted another sixty additional days to file his opposition. Plaintiff must file his opposition to Defendants' Motion for Summary Judgment no later than **July 14, 2015**.

Defendants reply to the opposition must be filed no later than **July 28, 2015**.

**No further extensions of time will be granted in this case absent extraordinary circumstances.**

This Order terminates Docket No. 64.

IT IS SO ORDERED.

Dated: May 28, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge