UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY DILLINGHAM,

    Plaintiff,

  v.

T. JOHNSON, et al.,

    Defendants.

Case No. 13-cv-05777-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR THIRD EXTENSION OF TIME TO FILE OPPOSITION**

On July 17, 2015, Plaintiff filed a request for a third extension of time in which to file his opposition to Defendants' Motion for Summary Judgment up to and including August 10, 2015.[1] Dkt. 71 at 2. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a third extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **August 10, 2015**.

Defendants' reply to the opposition must be filed no later than **August 24, 2015**.

**No further extensions of time will be granted in this case absent extraordinary circumstances.**

This Order terminates Docket No. 71.

IT IS SO ORDERED.

Dated: July 28, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

---

[1] Plaintiff has requested for an extension of time up to and including "three weeks" from July 18, 2015, the date "the prison D-Yard comes off lock down." Dkt. 71 at 2. The Court calculates his requested due date to be August 8, 2015, which falls on a Saturday. Instead, the Court construes Plaintiff's request as one for a due date which falls on the following Monday, August 10, 2015.