UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY DILLINGHAM,

    Plaintiff,

  v.

T. JOHNSON, et al.,

    Defendants.

Case No. 13-cv-05777-YGR  (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants Beard, Johnson, Moon, Howard, Warren, Kessler, Medina, Solis, Mojica, Sanders, Grounds and Mejia, and against Plaintiff. Parties shall each bear their own costs of action.

Dated: January 26, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge